**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 CASE NO.: |
| SHARON LUCAS | 20-10131-JDW |

## AGREED ORDER GRANTING MOTION TO DISMISS (DKT #34)

THIS MATTER came before the Court on the Motion to Dismiss (Dkt. #34) (the "Motion") filed by Locke D. Barkley, Chapter 13 Trustee (the "Trustee"), and the response thereto filed by the Debtor (Dkt. #35). Upon agreement of the parties,

IT IS ORDERED that:

1. The Motion shall be and is hereby granted.
2. This case shall be and is hereby dismissed.

##END OF ORDER##

AGREED & APPROVED:

/s/ W. Jeffrey Collier
W. JEFFREY COLLIER– MSB#10645
ATTORNEY FOR TRUSTEE

/s/ Robert H. Lomenick, Jr.
ROBERT H. LOMENICK, JR.
ATTORNEY FOR DEBTOR

Prepared by:
W. Jeffrey Collier, Esq.
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, MS 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 10645